## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

PAUL B. MEY,

      Petitioner,

                                     JUDGMENT IN A CIVIL CASE

v.

                                     Case No. 11-cv-147-wmc

MICHAEL BAENEN, Warden,
Green Bay Correctional Institution,

      Respondent.

---

      This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the petition of Paul B. Mey for a writ of habeas corpus under 28 U.S.C. § 2254 with prejudice.

_____      _____
Peter Oppeneer, Clerk of Court                 2/14/12
                                                     Date