IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PAUL B. MEY,

    Petitioner,

v.

MICHAEL BAENEN, Warden,
Green Bay Correctional Institution,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-147-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the petition of Paul B. Mey for a writ of habeas corpus under 28 U.S.C. § 2254 with prejudice.

_____       _____
Peter Oppeneer, Clerk of Court                      Date

2/14/12